ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SILVA ALIKSANIAN, | Case No. CV 09-01030 CJC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| WALLACE ALLEN GOODSTEIN, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: February 18, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY